IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANIA LONGTIN,<br><br>Defendant. | CR 07-69-02-GF-BMM<br><br>ORDER |

Tania Longtin filed a Motion for Early Termination of Supervised Release. (Doc. 89.) The Government does not oppose early termination of Longtin's supervised release. The Court conducted a hearing on the motion on April 5, 2022. For the reasons below, the Court grants Longtin's motion.

Longtin pleaded guilty to the crimes of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and failure to appear after pre-trial release, in violation of 18 U.S.C. § 3146(a)(1). (Doc. 46.) The Court sentenced Longtin to the Bureau of Prisons on November 14, 2019, for a term of 24 months followed by a term of 3 years supervised release. (Doc 79.) Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when

evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Longtin's supervised release. Longtin began supervised release on September 23, 2020. Longtin has served approximately one year and six months of her supervised release. There is no indication in the record that Longtin violated or had any problems with her supervision. Longtin has enrolled as a full-time student at Purdue University and is expected to graduate in May, 2023. Longtin reports a 4.0 GPA. Longtin's successful reintegration to society, in conjunction with Longtin's compliance with the terms of her supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Longtin's Motion for Early Termination of Supervised Release (Doc. 89) is **GRANTED**.

2. Longtin is **DISCHARGED** from supervised release.

DATED this 5th day of April, 2022.

Brian Morris, Chief District Judge
United States District Court